Sheehan & Associates, P.C.  60 Cuttermill Road, Suite 409, Great Neck NY 11021-3104
brung@spencersheehan.com  tel. (516) 268-7080   fax (516) 234-7800

January 15, 2021

District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021
```

Re:  1:20-cv-08512-AJN
     Yu v. Froneri US, Inc.

Dear District Judge Nathan:

  This office represents the plaintiff. In accordance with your Honor's Individual Practices, Rule 1.D, plaintiff, jointly and with consent of defendant, requests an adjournment of the initial conference and submission of the accompanying discovery plan worksheet.

  The original initial conference date is Friday, January 29, 2021 at 3:00 PM and the discovery plan worksheet is required to be submitted by Friday, January 22, 2021. The proposed new date for the initial conference is Friday, March 12, 2021, with the discovery plan worksheet submitted no later than Friday, March 5, 2021. Defendant consents to this request. There have been no previous requests for adjournments of the conference date and submission of the accompanying discovery plan worksheet. No prior request was granted or denied. The requested adjournment does not affect any other scheduled dates. The request is submitted at least 48 hours prior to the date by which the parties are required to submit the discovery plan worksheet. Thank you.

              Respectfully submitted,

              /s/Bobby Rung
              Bobby Rung

> The initial pretrial conference is hereby adjourned to March 12, 2021 at 3 p.m. The parties shall submit the documents described in Dkt. No. 5 by no later than March 5, 2021.  SO ORDERED.
>
> /s/ Alison J. Nathan  1/20/2021

Certificate of Service

I certify that on January 15, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Bobby Rung