IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN YU, individually and on behalf of all others similarly situated, | )<br>)<br>) Case No. 1:20-cv-8512<br>) |
| Plaintiff, | ) |
| v. | ) |
| FRONERI US, INC., | ) |
| Defendant. | ) |

**NOTICE OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that, together with the accompanying memorandum of points and authorities, defendant Froneri US, Inc., moves for an order dismissing plaintiff's complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the complaint fails to state a claim upon which relief can be granted. The motion will be brought before the Honorable Alison J. Nathan, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time designated by the Court.

| | |
|---|---|
| Dated: March 5, 2021 | Respectfully submitted, |
| | MAYER BROWN LLP |
| | /s/ *Daniel D. Queen* |
| | Daniel D. Queen |
| | Daniel D. Queen |
| | Dale J. Giali (*pro hac vice* application pending) |
| | Keri E. Borders (*pro hac vice* application forthcoming) |
| | *dqueen@mayerbrown.com* |
| | *dgiali@mayerbrown.com* |
| | *kborders@mayerbrown.com* |
| | 350 South Grand Avenue, 25th Floor |
| | Los Angeles, CA 90071-1503 |
| | Tel: (213) 229-9500 |
| | Fax: (213) 576-8185 |

# **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that, on March 5, 2021, a true and correct copy of the foregoing was served on all parties of record via the U.S. District Court for the Southern District of New York's Electronic Filing System.

/s/ *Daniel D. Queen*
Daniel D. Queen