USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Yu,

    Plaintiff,

—v—

Dreyer's Grand Ice Cream, Inc.,

    Defendant.

20-CV-8512 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 26, 2021, Plaintiff filed the First Amended Complaint ("FAC"). Dkt. No. 22. Defendant Dreyer's Grand Ice Cream, Inc. filed a motion to dismiss the FAC on May 26, 2021. Dkt. No. 23. The March 5, 2021 motion to dismiss the original complaint, Dkt. No. 14, is DENIED as moot. The Court will resolve the motion to dismiss the FAC in due course.

This resolves Dkt. No. 14.

SO ORDERED.

Dated: July 1, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1