UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAUREN YU, *individually and on behalf of all others similarly situated*,

                Plaintiff,

– against –

DREYER'S GRAND ICE CREAM, INC.,

                Defendant.

**ORDER**

20 Civ. 8512 (ER)

---

Ramos, D.J.:

    On October 13, 2020, Lauren Yu brought this putative class action against Dreyer's Grand Ice Cream, Inc. ("Dreyer's"), alleging that the representations on the label of certain Dreyer's ice cream bars sold under its Häagen-Dazs brand are misleading in violation of Sections 349 and 350 of the New York General Business Law ("GBL"), along with other claims. Doc. 1. In an opinion and order dated March 16, 2022, the Court dismissed all of Yu's claims and granted her leave to replead by April 6, 2022. *See* Doc. 32. The Court's order specifically concluded, "Yu may file any amended complaint by April 6, 2022. If she does not, the case will be closed." *Id.* at 26.

    Yu has neither filed any amended complaint nor requested an extension of time to do so. Accordingly, the Court hereby dismisses this action without prejudice. The Clerk of Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated:   April 7, 2022
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.